IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Brandon Ray Rochester, | ) | C.A. No. 8:12-1356-TLW-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -versus- | ) | ORDER |
| | ) | |
| Maj. Neal Urch; Spartanburg Co. Detention Facility; Officer Shelton; and Officer Fleisher, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Jacquelyn D. Austin, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In her Report, Magistrate Judge Austin recommends that the Plaintiff's complaint be partially dismissed as to Defendant "Spartanburg Co. Detention Facility," without prejudice and without issuance and service of process. The Report was filed on May 31, 2012. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

1

2

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 16),  and Plaintiff's complaint is **PARTIALLY DISMISSED** as to Defendant "Spartanburg Co. Detention Facility," without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

                                               s/ Terry L. Wooten
                                                   **TERRY L. WOOTEN**
                                             **UNITED STATES DISTRICT JUDGE**

July 24, 2012
Florence, South Carolina